# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *ex rel.* RONALD J. STRECK | : | |
| | : | |
| v. | : | |
| | : | |
| BRISTOL-MYERS SQUIBB COMPANY | : | CIVIL ACTION NO. 13-7547 |

## ORDER

**NOW**, this 29th day of November, 2018, upon consideration of Defendant Bristol-Myers Squibb Company's Motion to Dismiss Relator's First Amended Complaint (Document No. 82), the Relator's response, the defendant's reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART.**

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss claims under the laws of Colorado, Delaware, Georgia, Iowa, Minnesota, New Jersey, New Mexico, New York, Oklahoma, Rhode Island and Texas, the motion is **GRANTED**.

2. All claims under New Mexico law are **DISMISSED**.

3. All claims under Delaware law based on conduct occurring before July 16, 2009 and all claims under Texas law based on conduct occurring before May 4, 2007 are **DISMISSED.**

4. All claims based upon conduct occurring before the effective dates of the applicable laws of Colorado, Georgia, Iowa, Minnesota, New Jersey, New York, Oklahoma and Rhode Island are **DISMISSED.**

5. In all other respects, the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE