# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **RONALD J. STRECK** | : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BRISTOL-MYERS SQUIBB COMPANY** | : | **NO. 13-7547** |

## ORDER

**NOW**, this 3rd day of April, 2019, upon consideration of Bristol-Myers Squibb Company's Motion for Reconsideration (Document No. 117), the response, the reply, and the sur-reply, it is **ORDERED** that the motion is **DENIED**.

/s/TIMOTHY J. SAVAGE